In the Matter of the Application of MORTON L. CUMMINGS, Appellant, for an Order of Mandamus against RAYMOND V. INGERSOLL, as President of the Borough of Brooklyn of the City of New York, Respondent.— In a proceeding for a mandamus order in which a reinstatement of the petitioner was sought, order dismissing petition on the merits unanimously affirmed, with costs, as a matter of law and not in the exercise of discretion. On a prior appeal, when the direction for the trial of certain issues of fact was made, it was the purpose of this court to enable the petitioner to have the benefit of a finding of fact, if the proof warranted it, that the same character of work was performed by the individuals who he claimed were his juniors and who were in the same salary grade as petitioner. If that appeared to be the fact, it was the intention that he should have the benefit of it despite his failure to allege that they were in the same salary grade. When it appeared affirmatively in the evidence that such was not the fact and that the individuals in question were in a different salary grade, the dismissal of the petition was proper under the decisions which require the seniority rule to be applied to individuals in each grade, which cases do not permit the extension of the seniority rule to a general classification of employees in disregard of salary grades. (*Matter of Glisman* v. *Moses*, 255 App. Div. 1020, and cases cited therein.) Present — Lazansky, P. J., Hagarty, Carswell, Adel and Close, JJ.

In the Matter of the Application of REALTY ASSOCIATES, INC., and EAGLE PETROLEUM CORP., Petitioners, for an Order against the BOARD OF ZONING APPEALS OF THE VILLAGE OF STEWART MANOR and FRANK E. RICHARDSON and Others, the Members Thereof, Respondents.— Proceeding under article 78 of the Civil Practice Act to review determination of the board of zoning appeals of the incorporated village of Stewart Manor, which denied the application of petitioners to permit them to erect and maintain a gasoline service station in a business zone. Determination of the board of zoning appeals unanimously confirmed, with fifty dollars costs and disbursements. No opinion. Present — Lazansky, P. J., Hagarty, Johnston, Taylor and Close, JJ.

IRVING KISS, Respondent, v. ETHEL KISS, Appellant.— The action is for divorce and the defendant counterclaims for separation and divorce. Order denying defendant's motion to examine plaintiff and also to examine one Lipshutz, a witness, in so far as appealed from, affirmed, without costs. No opinion. Lazansky, P. J., Johnston, Adel, Taylor and Close, JJ., concur. [See *ante*, p. 736.]